# United States Federal District Court
## Southern District of New York

|  |  |
|---|---|
| Karen Tracey Moore | ) |
| Plaintiff | ) |
|  | ) |
|  | ) |
| V | ) |
|  | ) |
|  | ) |
|  | ) |
| Henry McMaster | ) |
| Curtis Loftis | ) |
| Federal Law Judge Name Unknown | ) |
| Donald S. Trump | ) |
| Melania Trump | ) |
| Berkeley County Police Department | ) |
| Charleston Police Department | ) |
| North Charleston Police Department | ) |
| Charleston County Police Department | ) |
| Goose Creek Police Department | ) |
| The Republican Party | ) |
| Slave Owners | ) |
| Fender Mender Collision | ) |
| Defendant | ) |

1

2                    <u>Complaint and Request for Injunction</u>

3                           <u>JURISDICTION AND VENUE</u>

4   Because this is diversity of citizenship of the two parties involved, the Federal District Courts have

5   jursidiction as stated in Title 28 Section §2331. The Defendants have offices that are in the District

6   of Columbia, and the crimes of conspiracy to commit murder, and assault and battery

7   (horsewhipping).Both of these facts give sufficient contact for its jurisdiction. Other jurisdictions

8   include Title 18 U.S.C. §1595 for mandatory restitution of peonage. Title 28 U.S.C. §1346 gives the

9   court jurisdiction over a case in which the United States government is a defendant.

10

11    Title 28 U.S.C. §1343 gives jurisdiction to the court over "...any civil action authorized by law to be

12    commenced by any person: (1) To recover damages for injury to his person or property, or because

13    of the deprivation of any right or priviledge of a citizen of the United States, by any act done in

14    furtherance of any conspiracy mentioned in Section 1985 of Title 42;..." and (2) "...To recover

15    damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in

16    section 1985 of Title 42, which he had knowledge were about to occur and power to prevent; (3) To

17    redress the deprivation, under color of any right, privilege, or immunity secured by the

18    Constitution of the UniteStates; (4) To recover damages or to secure equitable or other relief under

19    any Act of Congress providing for the protection of civil rights, including the right to vote.

20    It goes on to state that, (b) "For purposes of this section – (1) the District of Columbia shall be

21    considered to be a State; and (2) any Act of Congress applicable exclusively to the District of

22    Columbia shal be considered to be a statute of the District of Columbia."

23

24    In Title 42 U.S.C. §1985 (3), If two or more persons in any State or Territory conspire or on the

25    premises of another, for the purpose of depriving, either directly or indirectly, any person or class of

26    persons of the

27    go in disguise on the highway to of preventing or hindering the constituted authorities of any state

28    giving or securing to all persons within such State or Territory the or Territory conspire or go in

29    disguise on the highway or on the premises of another, for the purpose of depriving either directly

30    or indirectly any person or class of persons of the equal protection of the law.

31

32    Title 18 U.S.C. §1593 gives jurisdiction for the courts to give mandatory restitution for any crime

33    outlined in Title 18 U.S.C. §1581 to §1592.

34

35  The Venue is proper, in that the diversity exists because defendants reside in multiple locations, but

36  the violations of the law and causes of action and the digital server where the violation occured is

37  located in Washington, D.C. The plaintiff and defendant "Donald Trump"  reside in South Carolina

38  and "West Palm Beach, Florida, respectively.

39

40                                                LEGAL STANDARD

41  I am asking that the legal standard for the case be strict scrutiny because I am a U.S. born citizen in

42  two protected classes, disabled American with protections under the Americans with Disabilities

43  Act and a black American with protections under the Civil Rights Act of 1964, and other codes

44  protecting both classes listed here. I have been discriminated against by the defendants for over 51

45  years routinely.

46

47  I am mentally disabled as described in 22 C.F.R. Section 35.108. I am recorded as disabled by the

48  Social Security Administration, and was reconfirmed mentally disabled  in November of 2023.

49  (Exhibit).

50

51

52

53                                                INTRODUCTION

54  I had help with my legal research and what to type. People could see through the fiber optic in my

55  eyes from Washington D.C., with my permission to help me win my case. I would like to testify

56  about others who are being harmed around me before it is too late.

57

58  Title 18 U.S.C. 1346 states, for the purposes of crimes done under Chapter 63, "Mail Fraud and

59  Other Fraud Offenses", "For the purposes of this chapter, the term "scheme or artifice to deprive

60  another of the intangible right of honest services."

61

62  Title 18 U.S.C. 1343 states, "Whoever, having devised or intending to devise any scheme or artifice

63  to defraud, or obtaining money or property by means of false or fraudulent pretenses,

64  representations, or promises, transmits or causes to be transmitted by means of wire, radio, or

65  television communication in interstate or foreign commerce, any writings, signs, signals, pictures,

66  or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or

67  imprisoned not more than 20 years, or both." It goes on to say that if the scheme, "...afftects a

68  finacial institution, such person shall be fined not more than $1,000,000 or imprisoned not more

69  than 30 years, or both."

70

71  The state of South Carolina's agencies are collusive in keeping my money in its Department of

72  Revenue accounts from court cases pending on my end, but run under seal on theirs and put there

73  for after my untimely death. It is known that I insulted the former and now President – Elect Donald

74  Trump and his wife after she insulted me with a painful comment (Moore v Trump).

75

76  I am suing the defendants for colluding to have me horsewhipped for calling Melania Trump an

77  inappropriate word under the 1st Amendment, (Title 18 U.S.C. §241,242), and Title 42 U.S.C.

78  §1983. I am also suing the defendants for aiding and abetting the horsewhipping perpetrators along

79  with attempted murder of me (Title 18 U.S.C§ 113), the pregnancies under the Equal Fetal

80  Protection Act, intrusion upon seclusion,(tort, S.C. 16-70-470), mental abuse of a vulnerable adult

81  (S.C. 43-85-75), intellectual property theft (Title 18 U.S.C. 1832a), forced labor (Title 18 U.S.C.

82  §1589), conspiracy to kidnap (Title 18 U.S.C. §§241,1985), and kidnapping (Title U.S.C. § 242),

83    Conspiracy Against Rights – Not letting me plead before the election (Title U.S.C. §1985,

84    conspiracy against rights), Peonage (Title 18 U.S.C. §1581),

85

86    They are also in the process of violating terrorism law by endangering the communications devices

87    I allege were put in me by DARPA that are part of the mobile browser internet (Title 18 U.S.C. §

88    1030, Title 6 U.S.C.§ Part 29). (ARPANET mini-transceiver- X-Ray). Attempted Murder by

89    Lynching (Title 18 U.S.C. §113), and Business Interference (Title 18 U.S.C. §1581) and Criminal

90    Interference with Housing rights (Title 18 U.S.C.§ 3631) by making sure my credit was damaged to

91    keep me from moving from  South Carolina; they plan to be the state that held me to be whipped for

92    Donald Trump and keep the money alloted to me from court judgments that was set aside under

93    seal. The defendants plan was that the money due me was to never be known to me or spent by me;

94    I was to die then, then my relatives, then it stay in an estate account for others to divide out to

95    themselves.

96

97    The defendants had already shown a pattern of violating my due process rights personally by not

98    taking my complaints and investigating them. Their negligence has set the environment for

99    perpetrators to assault me at a private event for the former President Trump and his wife's honor

100   without fear of arrest.

101

102   The governor of South Carolina is a fan of Donald Trump. The pattern of negligence and down right

103   hostility under his watch getting funds due me over the years has been an ongoing issue that I intend

104   to resolve in court. (Moore v SCDEW, Moore v SC Insurance Agency, Moore v SLED, Moore v

105   SCLLR). These matters are a reflection of the culture in South Carolina under Henry McMaster,

106   and his likely cooperation with allowing me to be horsewhipped and deny it after the fact.

107

108 The perpetrators inside of South Carolina government worked together to have me

109 stuck in South Carolina to keep funds from me that was made aware to them would be coming for

110 me after DARPA staff members passed away, and I would be allowed to sue the government for

111 wrongdoings.(Moore v DARPA). The $1.8 Billion that I was going to sue for was on a spreadsheet;

112 that same amount is now in an South Carolina Department of Revenue account, written as a

113 "mystery" account.

114

115 The government was alerted by phone and e mail over the years of crimes done towards me and

116 would only engage me as a mental patient to handcuff and shackle in front of others.

117

118 I tried to talk to the Joe Biden Administration and Special Counsel Jack Smith by certified mail, and

119 restricted return receipt, respectively. Neither have answered back.

120

121 Title 18 U.S.C. 1346 states, for the purposes of crimes done under Chapter 63, "Mail Fraud and

122 Other Fraud Offenses", "For the purposes of this chapter, the term "scheme or artifice to deprive

123 another of the intangible right of honest services."

124

125 Title 18 U.S.C. 1343 states, "Whoever, having devised or intending to devise any scheme or artifice

126 to defraud, or obtaining money or property by means of false or fraudulent pretenses,representaions,

127 or promises, transmits or causes to be transmitted by means of wire, radio, or television

128 communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds

129 for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not

130 more than 20 years, or both." It goes on to say that if the scheme, "...afftects a financial institution,

131 such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or

132 both."

133

134  The state of South Carolina's agencies are collusive in keeping my money in its Department of

135  Revenue accounts from court cases pending on my end, but run under seal on theirs and put there

136  for after my untimely death. It is known that I insulted the former and now President – Elect Donald

137  Trump and his wife after she insulted me with a painful comment (Moore v Trump).

138

139  The local government with the watchful protection of Govenor Henry McMaster and Mr. Wilson

140  have not been held accountable for negligence, nor will they when I am picked up and taken to be

141  horse whipped as promised to the Trumps as retrobution for the comment.

142

143  The state of South Carolina's agencies are collusive in keeping my money in its Department of

144  Revenue accounts from court cases pending on my end, but run under seal on theirs and put there

145  for after my untimely death. It is known that I insulted the former and now President – Elect Donald

146  Trump and his wife after she insulted me with a painful comment (Moore v Trump). They will have

147  sufficient cover to kill me in custody on whatever fake charges they intend to move on from the

148  created exigent circumstances over the years from DARPA social engineers (Moore v DARPA).

149  They have components in me and have been able to coerce me to do actions against my will over

150  the span of 50 years to keep lucrative data traveling undetected (Exhibits, medical records,

151  transceivers hidden in my bone structure).

152

153  The United States government employees connected to the Republican Party had already pre-

154  planned to use me as spyware my entire life without regard to the Supreme Court ruling in Katz v

155  United States lawful orders of the Judicial system of this country. J.C.R. Licklider, a scientist from

156  St. Louis, MO, was over the tech division of the DARPA agency that does military experiments on

157  humans and other things to further technology. Mr. Licklider, "Lick", wrote a paper called Man-

158  Computer Symbiosis for Massachussetts Institute of Technology (MIT) in 1965. In it, he discussed

159  the possibility of creating cyborgs by placing components inside of human subjects to give them

160  enhanced abilities.

161

162  This can be assumed because of the COM Link device embedded in my skull. The bones of a

163  person hardens in the womb at 15 to 18 weeks. So, it is clear they were ot going to ever take it out

164  in my lifetime. There is also fiber optic cable in my eyes; the Republican party has used me as labor

165  and as spyware to block potential black Presidential hopefuls from 1991 to 1995, including former

166  President Barack Obama. The devices and components in that has people telling me what to do,

167  what to say, and threatening me as well as eavesdropping on others.

168

169  C.F.R. 35.108(d)(1)(ii) makes it clear that, once it is decided that I am disabled, federal judges can

170  only determine if I have been discriminated against, not whether or not I am disabled "enough" for

171  the protections under the Americans with Disabilities Act. It took me 5 years to get a 2 year degree;

172  I have a learning disability and difficulty typing and reading sometimes. When I learn something

173  after much effort, it is retained for the most part. Damage to my skull from the slave gun in me that

174  law enforcement refuses to acknowledge has caused me more cognitive issues than before. I was

175  last shot for non-compliance in 2022, and again to keep me from finishing my pleadings November

176  10th, 2024 at 1:01 pm EST. I was shot twice this time on November 10th, 2024. My cars were taken

177  from me; the state of South Carolina's Insurance Agency did not acknowledge my complaint of

178  inflated estimates (polygraphs). C.F.R. 35(d)(1)(iii) states, "

179

180  ". So even if it isn't present at the time, (like a war veteran who only got upset when a firecracker

181  went off near him), a person is still considered disabled if it has been determined if it was active in

182  front of you daily. It is life disrupting of a major life event for me.

183

184    There is also activity around little children being harmed in the area under the Trump

185    administration's last term in which a child was ran into the woods by a man saying, "Come here

186    nigger!" in anger.

187

188    I don't know what the outcome was; for various reasons I have been blocked from reaching out for

189    help from inside of the state. The main reason is believed to preserve the $1.8 Billion set aside from

190    court judgments allegedly ran under seal from a series of court cases with my evidence against

191    DARPA and tech companies. The cases were allegedly run using my medical records from

192    experiments I allege DARPA of the Department of Defense  on me in 1973 (attachments.)

193

194    I have gotten no answer back from either, even with questions surrounding a possible grenade and

195    or weapons in my body. I am not sure the actual documents ever left the state.(Moore v Department

196    of Homeland Security)

197

198    I am intending to sue DARPA, under the Department of Defense for their part in getting

199    components in my body as a baby, hiding this from me until the last manager of the project on the

200    government side died, and continually using me as an entrance and exit point to the internet.

201

202    I have tried to get help for the children and others I could hear that were nearby, including a child I

203    believed was alive still in the toilet system. When I tried to tell Officer Ruyska (video) what was

204    going on, she did not take me seriously either, and offered mental health services.

205

206    Because of the devices in me from DARPA, Donald Trump's campaign and Administration were

207    able to get sound bites of some verbal words between me and some other Democratic supporters

208    regarding former President Barack Obama. Because of this, they had people be kind to me to get me

209    to feel comfortable talking about rumors they were hearing to help during the election. I had

210    exchanged insults with his wife Melania Trump over my COM link device (whether or not she

211    heard is unknown), and it set off several supporters to have me beaten. He had talked them out of it.

212    However, when other angry Democrats who wanted to have me left here while "appropriate" blacks

213    moved on in life saw I wasn't in trouble anymore, they got me to say mean things (Polygraph, L.

214    Stan Fulmer, May 29th, 2020).

215

216    He got upset again, and this time at a rally said, "Ah Karen, you're not gonna like what I'm gonna

217    let them do to youz... when we get back into the White House...[cheers and applause in

218    background]. This recording was played to me in 2021. When it came to light I could hear the

219    Republicans and some of their conversations, Mr. Trump was heard saying, with what sounded like

220    the ocean in the background, "I don't know how she heard me, they're looking into it now." (2021

221    or 2022).

222

223                            <u>BACKGROUND</u>

224    Because of my statement indicating a man that bears resemblance to then Barack Obama tried to

225    talk to me in 1995 in Chicago, IL (Polygraph), the Trump Administration had people surveillance

226    me to see if I would talk about it. I critized his choice to keep Rex Harrison and that he should not

227    have been allowed to tell him what do do; he was the people's choice under at the time and we were

228    to live with it.

229

230    Mrs. Trump and Mr. Trump eavesdropping ,violating the 4th Amendment in my life as government

231    officials, (Title 18 U.S.C. §§ 241,242,Title 42 U.S.C. §3617, Title 22 U.S.C. §7102, Title 18 U.S.C.

232    §402 (Katz v United States, 389 U.S. 347 (1967), 1st Amendment, retaliation) . She [Ms. Trump]

233  said, "Tell Karen to worry about her own problems." I returned with " 'B' that is all I've been

234  doin'!" angry.

235

236  Then, I dropped the "C" word. I have brain tumors from the objects in my skull where emotion is

237  controlled (Exhibits). I had to watch men get a way with raping girls in my state, my father had just

238  died, and I was avoiding a person who had stalked me. Cancer symptoms had returned, my car was

239  stolen, and I was sent back to servitude for the slave owners. I also had pressure in my skull from

240  the car accident along with the 2 birth defects growing into my brain.

241

242  Someone had begun to make arrangements to have me horsewhipped for calling her that. Another

243  young woman from the community, possibly Nazi made arrangements for her handmaid child to be

244  put up me so she can sue me later as a bad surrogate. I did not agree to be a surrogate. In solidarity

245  with this woman, Melania Trump had red Christmas trees in the foyer to let her know she would

246  wait until after the child was out. She knew in my state the racism and that I was a handmaid.

247

248  The Trump organization tried to cover its tracks after it found out the ARPANET transceiver in my

249  body transmitted the internet by starting Truth Social. This allowed him plausible deniability that he

250  would ever have said it was okay to whip me.

251

252  Even with knowledge of this, the Trump Administration held an event in which Mr. Trump said,

253  "Ah, Karen, you're not gonna like what I'm gonna let them do to youz, when we get back into the

254  White House..."[cheers and applause].

255

256  His duty as commander in chief is that he is required to protect the border and other national

257  security entrance points for the United States, including the ARPANET transceivers in my body, my

258  twin, and possibly my brother (Moore v Speilberg).  He breached that by guaranteeing me being

259  horsewhipped on his return to be allowed by locals or others in hate groups and/or the Republican

260  Party.

261

262  The duty as a private citizen is to not use his influence to incite a mob to lynch me for calling his

263  wife a swear word with a series of components and brain tumor/birth defects in my head. I am

264  disabled. He should have just blown it off.

265

266  Instead, he breached his duty and has spoken to people who I have heard in my COM Link, that he

267  didn't want me taken until I said something about Obama. He instructedthe perpetrators who would

268  horse whip me what violence me he would like. ("You can whip her all you want; Melania and I

269  can't stand her."(2022)).

270

## CAUSES OF ACTION

272

### Cause of Action #1

274  Right to Vote, Interferring with the Election Process, (18th Amendment)

275  The defendants have a duty to not interfere with a person's right to vote. They breached that by

276  contacting people to intimidate me from voting as I would and to direct me to what is advantageous

277  to the Republican Party.

278

279  DARPA's J.C.R. Licklider was a pyschologist, computer scientist, and cyborg technology MIT

280  specialist in the 1960s. Southern Republicans used Mr. Licklider's interfered with the Election

281  process from 1991 to 1995 by using me to spy on would be black presidential candidates, including

282  former President Barack Obama (Exhibits, Spyware on me, Tax receipts from Chicago,IL 1995). I

283     allege that the defendants engaged in coercion to get me to engage these black politicians by threat

284     of harm in my COM link device. (Polygraph) I allege that some of the defendants (Republican Party

285     Associates) were able to interfere with Jesse Jackson's chance by having me near him in view and

286     making him do something he did not want to, and then blackmail him to stay out of the race.

287

288     I allege they coerced me to do many things outside of my state that would have me in apprehension

289     of harm and arrest continually as a way to keep me from leaving the state and to keep me a silent

290     slave. Because Entrapment was clearly defined and discussed in the United States v Russell case

291     (411 U.S. 423 (1973)),  in the U.S. Supreme Court case Sorrells v United States, 287 U.S. 435, and

292     Sherman v United States, 356 U.S. 369, the US government agencies do not have qualified

293     immunity for their actions from 1973 to 2024 that were coercive should block the right to prosecute

294     in that the right to a fair trial can no longer be guaranteed by exigent circumstances created by the

295     government.  No complaints indicate collusion on a federal and state level that can be traced back to

296     the Department of Defense's DARPA project that they did to me as a baby, and the $1 Trillion of

297     data passing through the internet a day.

298

299     I took a polygraph with L. Stan Fulmer, someone that law enforcement has used in 18 states over 46

300     years, including the city of Charleston and surrounding areas. He is currently practicing in Virginia,

301     North Carolina, and South Carolina. He worked with the Department of Defense's D.O.D.P.I

302     founder Dr. William Yankee building the computers that the polygraph world uses today to do tests.

303     D.O.D.P.I. (the Department of Defense Polygraph Institute) has now been renamed.

304

305     He has also trained in house polygraph examiners for law enforcement agencies in the United States

306     over the years. He is a college graduate of the University of South Carolina. The Department of

307     Defense gave L. Stan Fulmer a 98% accuracy rating on his skills set.

308

309    In polygraph exams taken January 2nd,2017 and on May 29th, 2020  with Mr. Fulmer, I stated the

310    following: that, "I do not run out on my tabs." (January 2nd, 2017). When I was out with a man

311    when I was in my 20s in the 1990s, I had been seeing, we had been out before, I had left he

312    restaurant in anger. He had always paid. So, I did not see that as running out on my tab.

313

314    "Credit card pushes were explained to me originally at 18 years of age more than once. Knowing

315    this, I left a location without talking to the front desk to avoid a man who had been following me."

316    (May 29th,2020, Sentence #58)

317

318    This is important in that someone knew that my first polygraph did not cover the leaving of a hotel

319    on camera, making L. Stan Fulmer's work look faulty. It is not. This could jeapordize 46 years of

320    cases in 18 states, causing the cases to go back to the appellate on new information that is false.

321

322                            <u>Cause of Action #12</u>

323                    Threat of Unlawful Arrest (Title 28 U.S.C.§ 1495)

324    The duty of the Administrative law judge is to acknowledge C.F.R. 6 Section 35.108(d)(1). It states

325    that a federal district judge can only determine if discrimination had occurred,and to not review

326    whether or not I am disabled "enough" after I have been already through the process.

327

328    Based on the lawsuits towards Republican run agencies, firms, and political arms coming from me

329    in the last 8 months, talk of overturning my designation to protect others from lawsuits was

330    considered by a judge. The judge decided I "sounded" okay or seemed "okay". This includes

331    Donald Trump, because the statute of limitations ends at 3 years to sue after the incident occurred.

332    His comments stem from a 2021 event.

333

334    Adminstrative law judge is looking to overturn the fact that I have been recorded mentally disabled

335    by the Social Security Administration over the last 10 years, and visibly disabled over the last 25.

336    The harm in not being designated mentally disabled makes it easier for the government to claim that

337    I am competent to stand trial on charges that were created to keep me from my court judgments or

338    speaking out on any of the crimes of law enforcement witnessed.

339

340

341    The fiber optic cable in my eyes (attachment) were not put in by me, was done without my

342    permission, and is an unlawful wiretap as outlined in the 4th Amendment Supreme Court case Katz v

343    United States, 389 U.S. 347 (1967). The solution that has been a long held policy of the Supreme

344    Court was to throw out the conviction, without a retrial.[1]

345

346    In The Supreme Court Case Kelly v Curtis, 21 F.3d 1544, 1544 (11th 1994), the held that for an

347    arrest warrant to be issued, "...the 4th Amendment requires a truthful factual showing inthe affidavit

348    used to establish probable cause."[2]

349

350    I allege they are colluding to separate me from any finacial wealth (realized or future) for

351    themselves in the Republican party and other cohorts that work with them. Specifically, the $1.8

352    Billion total that has been in reserve in a "mystery" account at the South Carolina Department of

353    Revenue.I was made to do illicit things as a child and throughout my life on purpose to later

354    blackmail me so I won't sue DARPA and other government agencies and discredit me as a witness

355    to wrongdoing by law enforcement (polygraphs).

356

---

1    Silverman v United States,
2    Civil Liability for False Affidavits, by Bryan R. Lemons, Acting Division Chief , Federal Law Enforcement Centers

357   I have sent my evidence along with information regarding a statement Donald S. Trump to President

358   Joseph Biden's Administration as well as Special Counsel Jack Smith in April and May

359   respectively.

360

361   FTCA has the statute of limitations on a claim for a disabled person as up to one year after the

362   person's death, not the 3 years within the time of the infraction. That is why they are trying to

363   undermine my disability protection with an arrest.I tried to send for help via e mail to a series of

364   newspapers and was blocked.

365

366   Couple this with rumors of Apophis hitting the earth in 2029 versus the 2036 date given, and the

367   mass exodus of tech companies and other businesses towards the states with space programs and

368   launch sites, and you have strong motive for why they would do such without thought of reprisal.

369

370   I allege the Administrative law Judge  has also engaged in collusion with the Republican Party

371   Members who are using court illicit funds for their lifestyles in SC.

372

373   The statute of limitations on an FTCA complaint and other laws that give standing to sue are

374   "tolled" or blocked from running as long as a person is disabled. I have been mentally disabled as

375   recorded by the Social Security Administration since 2015. I had been in and out of mental hospitals

376   and to other doctors due to rapes, and birth defects in my skull giving me mental problems (Exhibits

377   – CT scans of bone tumors in the skull).

378

379   Once it was seen on my phone from a hack or search warrant that standing to sue was being

380   researched, activity to get me arrested on anything began to happen.

381

382   I am trying to keep my small LLCs I hoped to live off of alive by using the internet to move product

383   and talk about issues to help others. Because I have been to and taken to mental hospitals sometimes

384   by law enforcement over 22 years in the local area, they are familiar with me and my diagnosis.

385   Because of this, they are aware of the multiple addresses I have had in the area and that I am prone

386   to having financial difficulty and had to move home several times because of my disability.

387

388   This past time, I was blocked from getting my car back from a repair shop, causing me to lose my

389   place where I lived on my own. If I am arrested, law enforcement is aware that it will keep me in

390   debt, and in the county where they can keep my mouth shut about crime, and other matters. Title 18

391   Section U.S.C. §§1581,1595 makes it illegal to put a person in peonage. I was threatened with arrest

392   if I go near my brokerage accounts for my LLCs to try and raise capital to try and work for myself

393   again.

394

395   The Administrative Law Judge has allowed local Vocational and SSA offices to ignore the renewal

396   of my disability granted in November of 2024 and expects me to go through the whole process

397   again. This violates my due process rights under the Americans with Disabilities Act, as well as the

398   14th Amendment. 20 C.F.R. 35.108(ii) only allows for federal judges to determine if I have been

399   discriminated against, not whether or not I am disabled at the point of a complaint being filed.

400

401   Title 18 U.S.C. Section 242 makes it illegal for a United States government employee to willfully

402   violate the rights of a United States citizen. Because of the knowledge required of a sitting United

403   States Administrative law Judge or Federal District court judge, ignorance of the law would not be

404   an excuse; "knowingly" is not plausible either, in that the power in the hands of the judge is based

405   on will, so this was not an accident.

406

407   Based on Katz v United States, the US Supreme Court has already held that unlawful wiretaps and

408   creating exigent circumstances are not allowed by law enforcement to create an arrest. (Silverman v

409   United States). Prior to Katz v United States, law enforcement around the country was warned not

410   to do such. The Katz v United States was a way for the Supreme Court to send a message that if you

411   defy them and the United States Constitution, your case will be reversed, meaning your warrants

412   and cases will be thrown out.

413

414   Injunction – I am asking that federal warrants be issued by the court against any arresting officer of

415   me in these matters under Title 18 Section 402, in that they are violating a federal statue as well as

416   indirect contempt of court of the United States Supreme Court at an alarming rate.

417

418                                    Cause of Action #2

419   Conspiracy Against Rights, Right to a Private Attorney (6th Amendment)

420   In the case Luis v United States U.S. , the U.S. Supreme Court ruled that a person has the right to

421   get a private attorney with their own funding.  The breach occurred when law enforcement refused

422   to investigate anything I have brought to them regarding financial matters that I need. Because it is

423   known from the perpetrators and defendants that I will not get law enforcement's help from

424   observing me from the spyware devices in me (Exhibits), they are brazen to do crimes at me

425   without fear of arrest or lawsuit.

426

427   I am threatened by individuals in my COM Link device and coerced to spend my money in stores

428   against my will to keep me from leaving the state to get help. This allows me to be kept in place

429   here, unable to sue with an attorney the SCDOR and other Republican individuals who keep

430   insisting the $1.8 Billion is a strange coincidence.The injury by the defendants including Donald

431   Trump is that consistently voicing their dissapproval of comments I made signaled to others that it

432  is appropriate to hurt me physically and taken from. It has also scared some people in law from

433  helping me. So, I need more resources to get an attorney than I would have.

434

435  North Charleston, SC is where I was born; it is where the devices that are used to make me a slave

436  here were originally retrofitted (Exhibits.) Bones in the body harden between 12 and 15 weeks in a

437  person inside of the mother's womb. So, the devices had to have been put in me as a zygote, the

438  stage right before you become a fetus.

439

440  The bones of a female stop growing approximately at 18 years of age, and males 24 years. The

441  osteoma tumors in my skull and devices in my torso have bone grown around them. The United

442  States government has a stake in making sure I am discredited and thrown away to keep all parties

443  involved from speaking out. The legal implications of making me a slave at birth, while others in

444  the Northeastern US and Western US use me as an internet mobile hub (Exhibits - CT with contrast)

445  is dire enough that these men and women would coordinate in discrediting me and making sure the

446  public does not know I exhist.

447

448  They will possibly allow me to be heard about to make sure last minute communications travel

449  through cell phones where there are no towers to catch last minute signals (Exhibit) least until take

450  off beforeApophis mysteriously shifts track and heads towards us.) They are incentivized further by

451  the possibility of such an impact, and do not feel that they have to explain alot in private their

452  actions.

453                          <u>Cause of Action #3</u>

454  Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor[3] (Title 18

455  U.S.C. §1590) Trafficking, with regards to Peonage, and Slavery (Title 18 U.S.C. §1581) - I allege

---

3    From the Department of Justice website, https://www.justice.gov

456  that members of the Republican Party have used me throughout my life for financial and political

457  purposes since my birth in 1973 unlawfully as a slave and a spyware component (Title 18 U.S.C. §

458  1201,1590,875(c)). I allege the Republican Party members in South Carolina worked with federal

459  government agencies to get spyware in my body in a military hospital I was born in in North

460  Charleston, SC (Title 18 U.S.C. §§241,242,2422,245,249,13[th] Amendment).

461

462  I was used to spy on Barack Obama, Jesse Jackson Jr., and another prominent black man in New

463  York the Republicans thought would most likely be the first black President (Exhibit – Polygraph). I

464  did not give permission to have devices put in me; I was under force to do the things they wanted to

465  get dirt on the men for blackmail purposes. They were able to get blackmail on Jesse Jackson, Jr.,

466  and the black business man from New York, but not Barack Obama. (Exhibt -Polygraph).

467

468                                   <u>Cause of Action #4</u>

469      Conspiracy Against Rights, Attempted Murder by Lynch Mob, (Title 18 U.S.C. §§113,241).

470  The President of the United States, Former Presidents, and President-Elect have a duty to uphold

471  the office in regard to abiding by the Constitution. I allege that Donald S. Trump  breached his duty

472  to do so by planning to have me horsewhipped if he should return as President of the United States.

473  The harm caused is that I cannot get cooperation from others to get my property back to get away

474  from the men and women who would whip me on his return to office.

475

476  In the United States v. Guest, 383 U.S. 745 (1966) , the United States Supreme Court held that

477  the defendant President-Elect of the United States was a civilian when he made comments last night

478  and 2 years ago directly at me that I heard in my COM Link device.

479

480   Qualified Immunity does not apply in these matters; he should not have the protection in that they

481   were said at private events and not inthe capcity in the duties as President of the United States.

482

483   It has caused me great stress and harm; I have not been able to get cooperation from local law

484   enforcement on other matters nor help from other government agencies that did not want to offend

485   him in the state of South Carolina. I have miscarried in the past and am having ulcers and lack of

486   sleep here. I cannot get cooperation getting automobile back from a shop to leave town to be in a

487   more Democratic Party friendly state.

488

489   The likelyhood of assault from MAGA supporters is high because of his discussion with his staff

490   the day after the election of wanting to see me whipped after he got to office. I am still pregnant,

491   and his request puts the children in me in direct danger, a violation of S.C. law, Fetal Protection Act

492   of 2023, and child endangerment laws concerning homicide of a fetus. Whipping me will most

493   likely send me into shock and death in that I am in ill health, as well as the child (Exhibit).

494

495                                    Cause of Action #5

496              Aiding and Abetting Interference with an Election, (2024 Presidential Election)

497   The duty of the defendants is to not use their government authority to intervene with a Presidential

498   Election. They breached that by making sure I did not have equal protection under the law when I

499   brought medical (exceptions 2) and other matters to the defendants, many attached to the

500   Republican Party. (Moore v Ruyska).

501

502   The gear train in my face (Exhibits -Medical CT scan from hospital) that has wires around my head,

503   along with the gear train throughout my body (Exhibit – Medical CT scan from hospital) was

504   constantly being adjusted and pulled as I was being yelled at in my COM Link device by white

505   women and men the last 4 months I was working on this. I was fatigued, slowed down from the

506   blood vessels in my head being tightened to where not enough blood flow reached my brain

507   consistently.

508

509   The harm is that had the Trump organization not gotten individuals inside of DARPA or any of the

510   other facilities that have control panel access to intervene, I would have written this in time and

511   gotten it to a court in July or August. The perpetrators intervened and tightened the wires that run

512   through the gears in my skull to slow oxygen to the brain with the motor in my abdomen (Exhibits),

513   which made me groggy and confused sometimes  to slowing me down, while I wrote.

514

515   Again, someone shot me November 10th, 2024 twice around 1:01 pm; possibly to slow me down for

516   some purpose relating to me trying to send this pleading., dumbing me down again (Exhibits).

517   The Injury is that a fair election didn't occur because the public was not allowed to know these facts

518   in time to determine if they want a leader that would damage critical internet infrastructure for the

519   sake of his ego and his wife's honor. People all over the world use their mobile browsers not

520   knowing that the components in me and others in the projectfrom DARPA's extending of the

521   internet into the commercial sector by Robert Kahn and Vinton Cerf (Brother,sister,) have to be

522   mobile to keep it encrypted in a way that keeps hackers from having a static point of entry.

523

524   There is an alleged ARPANET transceiver in my abdomen (Exhibits – X-Ray, 2009 hospital,

525   Trident Medical Center), along with the wires that run up to blades in my skull (Exhibits – CT

526   scans, MUSC Medical Center), and pins in my skull bone and body that are sharp and hurt (Exhibits

527   – CT scans, MUSC Medical Center). DARPA made ARPANET mini transceivers that are mobile.

528

529  The two pins on the sides of my temple bone make a colon symbol ( : ). The two blades in my

530  head if facing one way make two forward slashes ( // ). So, the Arpanet system that became the

531  current commercialized internet by DARPA's Robert Kahn and Vinton Cerf of Google, Inc. Use me

532  as part of the hardware infrastructure throughout my life for the United States Internet as a browser.

533  So, these men figured out how to make $1 Trillion in data pass through my body a day without

534  anyone knowing it.

535

536  I did not give permission or agree to spy on anyone at anytime for the United States government; I

537  was under force to do things against my will so others in Washington, D.C., the United States

538  Military, and other parts of government could look at things without losing their careers or standing

539  in society.

540

541  DARPA, the creators of the original internet, used a main frame computer system and an internal

542  network for the Pentagon called ARPANET. My dad was a black accountant in the Navy. He retired

543  a Master Chief, so there was no issues with his service upon retirement.

544

545  However, the government was known to not trust black men with money duties. This may be why

546  they put the fiber optic cable in my eyes in the first place (Exhibits - CT scan - MUSC). Later, it

547  was used against other politicians. I have been being watched all these years without reasonable

548  suspicion and whatever exigent circumstances they can put together if they need to silence me on

549  anything.

550                                 <u>Cause of Action #6</u>

551                    Conspiracy to Kidnapping (Title 18 U.S.C.§§ 1201, 956, 241, 1201)

552  The US has no warrants on me that I know of; I ran a background check from the South Carolina

553  Law Enforcement Division in 2020 on myself, and did an online legal background check on myself.

554  I have the right to leave the country to travel. The US Constitution allows for this under both the

555  Commerce clause, and 10th Amendment, where if the rights are not outlined in the U.S. Constitution

556  specifically, it is given to "...the States and citizens, respectively." The breach is when law

557  enforcement insisted that the inflated estimate on my cars to keep me in the area were "civil

558  matters" when theft of automobiles is a felony outlined in S.C. state code 16-21-80 (2023)

559  is  keeping me from leaving here where the defendants can have me horsewhipped and hurt. The

560  injury is kidnapping and unlawful confinement in a house, where I was put back to work on things

561  on my computer for others.

562

563  The theft aslo blocked me from aising enough to move abroad to save my life from Trump

564  supporters and other hate group factions. I wanted to leave the country to avoid Trump supporters

565  whipping me in Melania Trump's honor.

566

567                                   Cause of Action #7

568                 (Conspiracy to Lynch (Title 18 U.S.C. §§249(a)(3),249(a)(5))

569  There were what could be considered national security data in the letters regarding explosive and

570  incendiary devices. (Exhibits, -letter to both men). It is clear that my being whipped could detonate

571  the devices, 7 babies that may still be left alive in me, and the ARPANET transceiver I allege was

572  from DARPA and the working components in me (Exhibits). There is indication that the

573  components in the aggregate create a browser entrance/exit point to the land line internet (Exhibits).

574  I was supposed to be mobile; my last car taken from me was to keep me in place so I could be

575  killed. They were told to return my car to me; instead, they parked it one street over and acted like

576  they returned it from a repair shop. (Moore v Fender Mender Collision).

577

578                                   Cause of Action #8

579    Conspiracy against Rights (Privacy), Deprivation of Rights, Inciting a mob to kill (Title 18 U.S.C.

580    §§241,242) Republican Party

581    Duty is to respect the public's right to pursue a government office and to vote for who it offers. The

582    breach is that the Republican members of DARPA used me to spy on black presidential hopefuls in

583    the 1990s. (Exhibits).

584

585    The harm is that I did not know they had done this to me until after Robert Kahn of DARPA had

586    died in 2021(Exhibit), effecting the outcome of our nation's possible history for whatever first black

587    president would have been. The injury is that I am thoroughly traumatized and riddled with glass

588    and injuries from being coerced to go places I would not have in my lifetime so their party can bury

589    men who made mistakes, or in some men's case, forced to make things happen. (Jesse Jackson, Jr.)

590

591                                    Cause of Action #9

592    Mental Abuse of a Vulnerable Adult (by way of Intimidation and Assault), (1st Amendment, Title 18

593                                    U.S.C. §§ 241,242)

594    Last night, November 5th, 2024, in my COM Link, Presiden-Elect Donald S. Trump threatened me

595    in my COM Link. "I don't care, you shouldn't have said it," When we get back in there..." "You can

596    stop talking if you wanted to, and you know it." I have brain tumors that are permanent bone. They

597    didn't appear overnight from pins my body and pressure in my head from being "squeezed" for

598    information from the wires and gear train in me. The crowd in the background is why I believe I

599    was hearing him in real time.

600

601    When perpetrators who use me to pass information against my will want to hear things, they adjust

602    and tighten the wires in me, which with a lack of oxygen can cause me to ramble. The process of

603    using common moments in life to manipulate an outcome is called social engineering; DARPA has

604    a devision dedicated to it (Exhibits).

605

606    The defendants in law enforcement have a duty to allow the government to be petitioned for

607    greivances, including a police report. That duty was breached so many times from past responses

608    from law enforcement when I was in danger I have fostered the environment that it is okay to

609    violate Title 18 U.S.C.§ 241 and 242 in terms of lynching. They are the direct cause that other

610    departments and officials have denied me equal protection of the law since 1973 from South

611    Carolina law enforcement. The injuries is that the MAGA supporters will feel it is okay to come to

612    town and do me and my family bodily harm.

613

614                                            Cause of Action #10

615                            Assault and Conspiracy (Title 18 U.S.C.§ 113, Title 18 U.S.C.§ 241)

616    The defendants have a duty to uphold the 1st Amendment, including not do physical harm by

617    retaliating over a comment. The breach of this occurred of putting me in fear of bodily harm

618    continually as caused me the injury of emotional distress as I am dreading the day of President

619    Trump's return to office and being beaten to death from a lynch mob.

620

621    The cause of this came from recordings and verbal threats at me from Mr. Trump at his election

622    campaign headquarters from a far in my COM Link (Exhibit). Donald Trump said to me under his

623    breath in his mic/phone, "Karen, you had it coming..." "You knew you could stop talking if you

624    wanted to..." (November 5th,2024 10:10 pm, EST).

625

626  The cause of the injuries of this cause of action also come from threats from law enforcement. ("Got

627  your sh*t kickin' boots on, boys?!?!") as well as conspiratorial conduct to make sure they did not

628  get involved if I am attached.

629

630  Some of the conduct I experienced with local law enforcement include (but not limited to) no

631  report, making me fill out the report myself (Goose Creek Police Department on base complaint),

632  closing a complaint same night (Goose Creek Police Department), threatening me with arrest if I no

633  wrong doing is found about an officer complained about by Internal Affairs staff (Goose Creek

634  Police Department), suggesting I go talk to mental health (Berkeley County Police and Goose Creek

635  Police Department).

636

637  The injury is that MAGA supporters who are in the state have some assurance that they can rely on

638  law enforcement members to pick me up on what looks like a legitimate pick up (Moore v 4

639  unknown Police Officers). The incident has occurred before without any reprisal against the officers

640  who picked me up in 2018 on a medical pick up order and harmed me in revenge of asking to be

641  transferred for ill treatment at a hospital.

642

643  Further, the defendants breached their duty not to assault or commit battery or conspiracy when 4

644  officers in 2018 they slammed me on my stomach 9 months pregnant on a medical pick up order,

645  causing broken glass in me from rape with a beer bottle to go further into the child in me (North

646  Charleston Police Department), failure to take report of rape in the Catholic run hospital system

647  Roper St. Francis, where the baby came from (Charleston Police Department), would not take

648  police report of child being assaulted next door to me (North Charleston Police Department), Did

649  not let credit card thieves who work in Charleston International Airport to answer for credit card

650  theft even with the acknowledgment of the theif (they are protected; Elliot Summey, Mayor of

651  North Charleston at the time Keith Summey's family member runs it.) They all fostered an

652  environment by quiet and public conspiracy (Summeys comments about ["We can't help you people

653  solve your problems for you."] in a news cast).

654

655                                Cause of Action #11

656                   Peonage (Title 18 U.S.C. §1581,1595, Title 42 U.S.C.§ 1982)

657  The police had a duty to handle my concerns with equal protection under the law, including my

658  right to own property under Title 42 U.S.C. 1982. This was breached when none of my concerns

659  concerning car theft from inflated estimates, and fraud as outlined in Title 18 U.S.C.§1001 by the

660  repair shops and Ginger McCleod at the SC Insurance Agency, keeping me right where these violent

661  offenders and MAGA supporters individuals would want. (Exhibits).

662

663  The breach occurred when officers insisted that filing false documents to steal cars interstate was a

664  civil matter, and not a violation of Title 18 U.S.C.§§2312 and 2313. The causation of the injury of

665  being beat to death by MAGA supporters is that this keeps me from escaping those that have

666  attacked me over the years in my hometown without help from people here.

667

668  Other injury from this is that the car thefts keep me from making enough to pay for bills, to stay out

669  of debt. I am in danger of being arrested under false charges, specifically as an act of Peonage as

670  stated in Title 18 U.S.C. §§ 1581,1595. Because the energy around Donald Trump's return to office

671  is heightened in my state at this time, it is likely I will be randomly picked up, even temporarily

672  where I can be put in harms way after I lose my place again to be harmed in the open.

673

674    Because these law enforcement agencies are working in concert together, I am not able to keep my

675    businesses from going under in the state. I was threatened with arrest if I tried to access my

676    businesses' stock trade accounts in my COM Link device.

677

678                    <u>Cause of Action #13</u>

679            Criminal Interference with Housing -  (Title 42 U.S.C. § 3631)

680    The defendants had a duty to keep in align with US federal policy to allow citizens to have home

681    owership as found in Title 42 U.S.C. §1982. It states,

682

683    Criminal Interference with Housing Rights (Title 18 U.S.C.§ 3631) by making sure my credit was

684    damaged to keep me from moving from  South Carolina; they plan to be the state that held me to be

685    whipped for Donald Trump and keep the money alloted to me from court judgments that was set

686    aside under seal. The defendants plan was ta breach to the 4th and 14th Amendments in keepng

687    property without due process and by way of fraud to keep me from home ownership outside of the

688    reach of South Carolina government.

689

690    Allowing my cars to be taken out from under me on inflated estimates twice for the monetary

691    reason and then for the Trumps to have me whipped later for offending them is a motive that a

692    reasonable jury could accept because of the large amount claimed was taken and put in an account

693    ($1.8 Billion) and the curse word I said at her in frustration ("c" word.") that the money due me was

694    to never be known to me or spent by me; I was to die then, then my relatives, then it stay in an

695    estate account for others to divide out to themselves.

696

697    These statements are true to the best of my knowledge.

698

699                        <u>Cause of Action #14</u>

700              Aiding and Abetting Slave Owners (Title 18 U.S.C. §§ 3, 241)

701

702    The duty was to take the grievance that I petitioned and investigate it (1st Amendment).The breach

703    by law enforcement is when I  told law enforcement by E Mail, and on the phone (SLED call

704    erased) that I was being trafficked as a slave but it was not investigated.

705

706    The harm is that I was put back to slavery. The injury is that my children are dying in my body that

707    I have left (Exhibits) and no one knows they are still there but the hate group individuals watching

708    me who keep turning the gears to force the glass into the body and face of the babies still in me.

709    They may be handmaid babies to keep the transceivers safe or to do barratry cases to collect. The

710    injury to me from the devices shooting me multiple times and possible detonation is also a problem.

711

712    I also told other South Carolina Agencies (Moore v SC Disability Office - Amanda Finley) and

713    including a court clerk (Patricia Howard) and could not get their help. I did not get to use Cook it!

714    Bake it! Make it! Because local law enforcement was trained that theft of things of value were

715    "civil matters" and not crimes if the perpetrator is from the white community and within their circle

716    of trust (Klan, Republican, crime ring, etc.)

717

718

719                        <u>Cause of Action #15</u>

720           Unlawful Wiretap / Eavesdropping (Title 18 U.S.C. §2515, S.C.16-17-470) -

721

722    I have a COM link device in my ear, a tranceiver in my body, and wiring throughout me that

723    controls gear trains and that has data travelling across it, and a device that looks like an ARPANET

724  tranceiver of of the Department of Defense's DARPA's website (Exhibits). With the robotics in my

725  body (Exhibits) the controllers were able to make me do illegal things without me understanding

726  how they did it.

727

728  The government had a duty to follow protocols consistent with the 4th Amendment to get permission

729  from a judge for any type of warrant, including wiretapping me or my property. The breach by the

730  government of the unlawful search is evident in that I was wiretapped as a zygote. No reasonable

731  suspicion could have happened at this point to justify the wiretap. (Katz v United States). Bones

732  harden at 10 to 15 weeks in a zygote to fetus stage in the womb. So, for the COM Link, blades in

733  the center of my skull placed in a pattern, and the fiber optics in my eyes would have had to be put

734  in me as a fetus.

735

736  The harm is that my private life has been thoroughly ransacked. The injury is that even though I am

737  telling the truth about the issues at hand, if law enforcement only saw a few things out of context,

738  like the fact that I was under force, but not seeing the objects put in me, they may say I am lying. I

739  cannot be guaranteed the required fair and speedy trial in a criminal case if it should arise from the

740  civil matters filed. At this point, it would be appropriate to allow an acquital from such conduct.

741

742  I was not walked through my records until 2021 in my COM link device while watched through

743  fiber optic cable in my eyes. It was too risky (from reprisal from defendants) and dangerous

744  (possible explosives in me) for anyone to come to me and sit next to me and show me.

745

746                    Cause of Action #16

747           (Unlawful Concealment, Fraud) (Title 18 U.S.C.§§ 2 and 3)

748

749   In 2024, I read an article about $1.8 billion dollars showing up in a "mystery account" inside of the

750   South Carolina Department of Revenue's accounts. The state of SC has a duty to protect the legal

751   process. The breach I allege is that employees of South Carolina government allowed court cases to

752   be run under seal with my information, or at the least, pocketed the gains in secret. The breach was

753   that I wasn't able to see what the who put the components in me did until after they died. The injury

754   is since then, I have been miscarrying pregnancies, suffered mental episodes, lost jobs, friends, and

755   opportunities in life. I am hemmoraging daily; I have lacerations on my liver and other organs from

756   broken glass from the fiber optics that have broken in me and scratched and cut my insides

757   (Exhibits).

758

759

760                                   <u>Cause of Action #16</u>

761               Conspiracy against rights (Title 18 U.S.C.§241 and Title 18 U.S.C.§1001)

762   I allege that a Federal Adminstrative law judge is colluding with the defendants and other

763   individuals who use me from suing the United States government by ending my statute of

764   limitations protection given as a disabled person under state and federal statutes. It also causes me

765   to not be able to renew Cook it! Bake it! Make it!

766

767   He had a duty to uphold the Code of Federal Regulations for the Social Security Administration

768   agency's conduct when he presided over any hearings. He breached that by agreeing to allow me to

769   be re-examined after I had just been through the renewal process in November of 2023. The harm it

770   did was emotional duress that was debilitating from confusion of trying to figure out why I have to

771   go through the process again. The injury, is I was having difficulty focusing on other things

772   concerning business, my health (cancer recurrence issues), and law matters.

773

774  I am still a slave, specifically over Cook it! Bake it! Make it!, the trademark I have been blocked

775  from using to its fullest over 13 years. The judge's action has been instrumental in protecting The

776  Department of Homeland Security, DARPA, and other major agencies I planned to sue for the $1.8

777  Billion amount that just so happens to be in a mystery account in South Carolina's Department of

778  Revenue account. That is where money of a deceased person would be sent if they had no way of

779  locating next of kin.

780

781

782                                    Cause of Action #17

783                          Assault and Battery, Coercion (Title 42 U.S.C. 3617)

784  Members of white hate groups in the area and in government have been allowed to access the gear

785  train in me and to force me to stay in the area so they can control me (Exhibit). I am forced to buy

786  more than I want to at Walmart and other stores that won't take returns to keep me in debt and in

787  range to be harmed here. They have some ownership in the local stores and insisted it be spent on

788  theirs. This also keeps me from an attorney so I can't sue the organizations they are also connected

789  to in the state.

790

791  Keeping me in the house I live in allows the hate group members who were told not to hurt me to

792  access a signal to the transceiver and have caused me internal injuries.

793

794  I was raped in my 20s 3 times, and again in 2017. A beer bottle was involved and has been cutting

795  me and the remains of two of 5 babies inside me. 2 of the children are still alive in me as of

796  October 7th, 2024. I cannot get local hospitals to acknowledge the pregnancies or the devices after

797  15 years of trying.  One of the Klansmen drove me in an Uber made sure a beer bottle was right in

798  front of me to make sure I remember what they did to me under the 1st Trump Administration.