799

800                           Cause of Action #18

801                      Collusion (Title 18 U.S.C. § 241,242)

802  I allege that the police departments in the area are colluding with and cooperative with the Nazi

803  movement and Ku Klux Klan as well as Knights of the Confederacy in our area. They have a duty

804  to investigate such claims for substantiation; the breach is that law enforcement refuses to

805  investigate my complaints (polygraphs) and has given the hate groups in the area lattitude to steal

806  (man in the middle attack) from me and threaten me in my COM link. The harm and injury is that I

807  can hear to what sounds like black children being whipped and harmed in their control, but I have

808  no one to report it to. This causes the injury of anxiety and causes me to be disoriented and have

809  difficulty to function.

810

811   Where they are is unknown to me. But they have been able to get through a back wall in our home

812  that connects to the street somehow without us knowing how they got in up to 2015 (approximate)

813  when a ring camera and security system was installed.

814

815  They were walking around in attic when I was working on a documentary called, "I, Confederate."

816  The man with a southern accent said, if I don't see I, Confederate removed, I'm gonna [inaudible]."

817  This man sounded similar to the man who said to Anthony Bourdain when he was alive that riding

818  through the town in Ku Klux Klan regalia that was in color was just a "Cajun Mardi Gras", and that

819  it was nothing to be ashamed of.

820

821

822                        REMEDY AND INJUNCTION REQUEST

823

824  REMEDY

825  I am asking the court to grant a summary judgment of $110,000,000 in total from all defendants for

826  the suffering they have inflicted on me over the years and are planning to inflict.

827  The causes of action's jursidiction are listed in the jurisdiction part of this pleading. The facts are

828  tangible and physically verifiable that these defendants have caused to come about.

829  A reasonable jury could follow how their actions blocked my LLCs over 15 years from functioning

830  at full capacity if they had taken my complaints on the days that I contacted them.

831  The amount of money brands in parallel have made is something that can be quantified in court and

832  here.

833  EMERGENCY INJUNCTION REQUESTS

834  Injunction Request #1 -

835  I am asking that polygraphs and other affidavits and records be required of his security detail to

836  keep this situation from escalating any further as to where they were when he said phrases and

837  statements concerning me being horse whipped, including November 5th, 2024 around 10 pm when

838  I heard from Donald Trump in my COM Link device (Exhibit). If for no other reason than the

839  componets within me and my siblings, the situation is not created on my side, but the unwillingness

840  for others in government to acknowledge the U.S. Constitution is there to constrain them from

841  doing what they want to citizens, and to obey the law.

842

843  Injunction Request #2 –

844  Under Seal – For my family's safety, I am asking for at least a federal set of agents to be around my

845  mom, brother and sisters before I file this pleading. There is a supporter of a certain candidate that

846  listens to speed metal, and is aggressive that lives very close within range of them. I fear the filing

847  of this pleading, though timed to save my life from the brutal attack planned if Donald Trump gets

848  back into the White House, may cause the violence planned to continue onto my family.

849

850  Injunction Request #3 –

851  Under Seal – For my family's safety, I am asking for at least a federal set of agents to be around my

852  mom, brother and sisters before I file this pleading. There is a supporter of a certain candidate that

853  listens to speed metal, and is aggressive. I fear the filing of this pleading, though timed to save my

854  life from the brutal attack planned if Donald Trump gets back into the White House, may cause the

855  violence planned to continue onto my family.

856

857  Injunction Request #4 -

858  That Zoom be used to handle the court case and that authentication measures be made available so

859  other women who have already pretended to be me with my identification do not continue

860  defrauding me. I am in bad health,possibly still pregnant with at least 1 child (Exhibits-2023

861  ultrasound) and traveling to court may be an issue as well as the possibility that the phosphorus

862  hand grenades may still be in me, endangering the court and the jury. It is believed that DARPA put

863  the devices in their to "guard" the ARPANET transceiver placed inside of my abdomen at a young

864  age. (Exhibits).

865

866  Injunction Request #5 -

867  I am asking that my Brokerage accounts and bank accounts not be frozen to get a private attorney.

868  Luis v United States protects a persons 6th Amendment right to counsel.Even though it is not a

869  criminal trial, aspects of this matter have criminal elements that can expose all parties to

870  prosecution. I am asking for that right to raise money to do so, with the United States Supreme

871  Court Luis v United States as a guide as to why my right to get a private attorney should be

872  protected.

873

874  Injuction Request #6 -

875  I am asking to use the Pacer system; I have an account already, and have already made a request for

876  documents before in the past. I will take the necessary tutorial again to make sure with affidavit that

877  I have finished it.

878

879  Injunction Request #7 -

880  That Google, Inc. , Twitter, Facebook, Instagram, and other social media companies that have social

881  media accounts for me and my companies show why none of my posts for help were seen by more

882  than a handful of people over 25 years. At one point, there were access to my blogger account

883  between 2020 and 2023 4 times from a corporate Google account; meaning the access to it was

884  from within their company. Things I said about a political figure had been moved and some of the

885  data adjusted. Vinton Cerf is connected to DARPA via Robert Kahn his associate who worked with

886  him to create the internet we have today. Mr. Kahn has most likely met these other men that own

887  now or in the past, these social media companies that have not allowed me to interact with other

888  people world wide with my story or connect for financial purposes for my businesses.

889

890

891

892

893

894

895

896

897

898

899

900   _____

901   Karen Tracey Moore, Plaintiff , Pro Se

902                                   EXHIBITS

903   Exhibit 1 – Medical University of South Carolina CT scan with contrast of Karen Tracey Moore's

904   head, neck, and above torso showing expelled bullet fragments and needle in her nose labeled.



906   Exhibit 2 – Expelled Bullet casings inside of Karen Tracey Moore's abdomen are circled in red

907   from this Trident Medical Center CT with Contrast taken in 2010.



908   Exhibit 3 – Gun inside of Karen Tracey Moore's abdomen in a CT with contrast taken at Trident

909   Medical Center in 2010. Two dead children are redacted inside of this scan. A possible grenade is on

910   the bottom right of the ct scan, circled in blue.



912

913   Exhibit 4– Gunshot wound in Karen Tracey Moore's skull from one of the weapons in Exhibit 3.

914



39 of 70

915

916   Exhibit 5 – CT scan with contrast of Karen Tracey Moore's skull showing the fiber optic cable

917   inside of her eye sockets.

918



920

921   Exhibit 6 – Redacted CT with Contrast of Karen Tracey Moore's skull and ear, showing an object in

922   the skull bone above her eardrum. The needle in her nose can be seen just outside the line of her

923   nose as a dot.



925   Exhibit 7 – Metal pins are located on the sides of Karen Tracey Moore's skull that enter into the

926   brain. They may be the reason for the bone tumors that are visible in Exhibit 8.



927   Exhibits – 8 – The bone tumors in Karen Tracey Moore's skull. They are located in the Pre Frontal

928   Cortex.

929

930

[CT scan image with annotations: "Brain tumors (Solid bone mass). Bones harden at 15 to 18 weeks in the womb." and "Prefrontal cortex Of the brain is where decisions, emotions, personality, and Impulse control are processed."]

932   Exhibit 9 – Photo of metal blades inside of Karen Tracey Moore's skull in 2018 CT with contrast

933   done at the Medical University of South Carolina hospital. Since the bones harden between 10 and

[CT scan image with annotations: "Blade tops are in Red. Blade on the side view is in Pink. Bone stretching over time in my growth stage of life in the womb from the blades in my head is in Yellow." with labels "Blade # 1" and "Blade # 2"]

42 of 70

934   15 weeks as a zygote in the mother's womb, the blades had to have been placed in the plaintiff

935   inside of her mother with instruments with forcep ability.

936

937   Exhibit 10 – Possible reasons for the devices throughout my body today causing me pain and not

938   being removed no matter how many times I brought it up to doctors over the last 20 years.

