UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN TRACEY MOORE,

                Plaintiff,

-against-

HENRY McMASTER; CURTIS LOFTIS; FEDERAL JUDGE NAME UNKNOWN; DONALD S. TRUMP; MELANIA TRUMP; BERKELEY COUNTY POLICE DEPARTMENT; CHARLESTON POLICE DEPARTMENT; NORTH CHARLESTON POLICE DEPARTMENT; CHARLESTON COUNTY POLICE DEPARTMENT; THE REPUBLICAN PARTY; SLAVE OWNERS; FENDER MENDER COLLISION,

                Defendants.

25-CV-0591 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se*. By order dated February 4, 2025, the Court denied Plaintiff's various requests for preliminary injunctive relief. (ECF 14.) On April 3, 2025, Plaintiff filed a "Motion of Appeal" in which she appears to seek appellate review of the Court's February 4, 2025 order. (ECF 15.)

      The Court therefore construes Plaintiff's "Motion of Appeal" (ECF 15) as a notice of interlocutory appeal under 28 U.S.C. § 1292(a)(1), and directs the Clerk of Court to transmit the appeal to the United States Court of Appeals for the Second Circuit.

SO ORDERED.

Dated:   April 10, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge