UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAREN TRACEY MOORE,

                Plaintiff,

-against-                                         25 **CIVIL** 591 (LLS)

## **JUDGMENT**

HENRY McMASTER; CURTIS LOFTIS;
FEDERAL JUDGE NAME UNKNOWN;
DONALD S. TRUMP; MELANIA TRUMP;
BERKELEY COUNTY POLICE DEPARTMENT;
CHARLESTON POLICE DEPARTMENT;
NORTH CHARLESTON POLICE
DEPARTMENT; CHARLESTON COUNTY
POLICE DEPARTMENT; THE REPUBLICAN
PARTY; SLAVE OWNERS; FENDER MENDER
COLLISION,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 3, 2025, the Court has dismissed this action, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). The Court has denied Plaintiff's application for the court to request pro bono counsel as moot (ECF 12), and her motions to change venue as moot and without merit (ECF 16, 18). The Court has also denied Plaintiff's motion to participate in electronic filing.

**Dated:**  New York, New York

      June 5, 2025

                                                              **TAMMI M. HELLWIG**
                                                              **Clerk of Court**

                **BY:**             *K. Mango*

                                                             **Deputy Clerk**